UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRYL C. FOREMAN,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:24-cv-656-AMM-GMB |
| **MARK PETTWAY,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Mr. Foreman filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 11. The magistrate judge entered a report on April 28, 2025, recommending that the petition be dismissed without prejudice. Doc. 28. No objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the amended petition for a writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**. A final judgment will be entered.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable

jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (cleaned up). The court finds Mr. Foreman's claims do not satisfy either standard.

    **DONE** and **ORDERED** this 3rd day of June, 2025.

                                                  **ANNA M. MANASCO**
                                                  UNITED STATES DISTRICT JUDGE